Jarom A. Whitehead, ISB #6656
jwhitehead@pedersen-law.com
Michael J. Hanby, II, ISB #7997
michael@pedersen-law.com
PEDERSEN WHITEHEAD & HANBY
161 5th Ave. S., Suite 301
P. O. Box 2349
Twin Falls, ID  83303-2349
208-734-2552 (Telephone)
208-734-2772 (Facsimile)

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PATRICIA RICHARDSON**, mother of **DONALD SCOTT MAC RAE**, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>**BRYAN GREY**, individually, **MELVIN WAGONER**, individually, **TETON LEASING, LLC.**, an Idaho limited liability company, **MCCALL AVIATION VENTURES, LLC.**, an Idaho limited liability company, and **MCCALL AVIATION, INC.**, an Idaho corporation, and/or dba **MCCALL AIR**, and/or **SALMON AIR**,<br><br>Defendants. | Case No. 1:23-cv-00375<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Patricia Richardson, by and through her attorneys of record, and for cause of action against the above-named Defendants, complains and alleges as follows:

**COMPLAINT AND DEMAND FOR JURY TRIAL -** 1

## PARTIES

1. That at all times relevant herein, Patricia Richardson (hereinafter "Ms. Richardson" or Plaintiff) is the mother of decedent, Donald Scott Mac Rae, and has resided in the City of Las Vegas, County of Clark, Nevada.

2. That upon information and belief and at all times relevant herein, Defendant Bryan A. Grey (hereinafter referred to as "Grey") is a licensed pilot employed by some or all of the Defendants including McCall Aviation, Inc. and residing in the City of Cascade, County of Valley, Idaho.

3. That upon information and belief and at all times relevant herein, Defendant Melvin Wagoner is an individual who owns and operates Defendants Teton Leasing, LLC, McCall Aviation, Inc, McCall Aviation Ventures, LLC and/or doing business as McCall Air and/or Salmon Air. Defendant Wagoner resides and maintains a principal place of residence in American Falls, County of Power, Idaho.

4. That upon information and belief and at all times relevant herein, Teton Leasing, LLC is the registered owner of the Cessna TU206F single engine aircraft registration number N922MA involved in the fatal crash at issue in this case. Teton Leasing, LLC is an Idaho limited liability company with its principal place of business at 1483 Flightline, Pocatello, Idaho.

5. McCall Aviation, Inc is an Idaho corporation with its principal place of business at 300 Deinhard Lane, McCall Idaho. McCall Aviation, Inc. operates as an FBO in McCall, Idaho and provides non-scheduled charter flights pursuant to Title 14 Code of Federal Regulations Part 135 to customers for profit.

6. McCall Aviation Ventures, LLC is an Idaho limited liability company with its principal place of business at 1483 Flightline, Pocatello, Idaho.

## JURISDICTION

7.     This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(2). This is a civil action and involves, exclusive of interest and costs, a sum in excess of $75,000. Every issue of law and fact in this action is wholly between citizens of different states.

8.     By reason of the diversity of citizenship of the parties and the amount in controversy, this Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332.

9.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## GENERAL ALLEGATIONS

10.    On August 28, 2021, Defendants individually and/or acting in concert authorized their employee, representative, and/or agent Defendant Grey, and/or otherwise entrusted Defendant Grey, to operate the aircraft Cessna TU206F, tail number N922MA, as pilot-in-command for a scenic flight from McCall Municipal Airport in McCall, Idaho, with an intent to fly over Soldier Bar Airport and return to the departed airport at the end of the tour.

11.    On August 28, 2021, the son of Plaintiff, decedent Donald Scott Mac Rae, was one of two passengers in the subject airplane being operated by Defendant Grey as pilot-in-command.

12.    On August 28, 2021, the subject airplane departed from McCall Municipal Airport in McCall, Idaho and was *en route* to fly over Soldier Bar Airport for a scenic flight before returning to McCall Municipal Airport. The weather on that day was beautiful with no adverse conditions for flying.

13. During the flight Defendant Grey navigated into a canyon that he was not familiar with. Grey failed to observe applicable standards for mountain flying including maintaining a safe airspeed and distance from terrain to enable an alternative and safe exit over rising terrain. Defendant Grey negligently entered and initiated a climb out of a canyon that exceeded the known capabilities of the aircraft he was piloting.

14. Defendant Grey became aware that the aircraft would be unable to negotiate the necessary climb and attempted a 180 degree turn with insufficient airspeed, altitude, and distance from terrain. The aircraft impacted the trees and terrain near Bernard, Idaho fatally wounding both passengers, including Plaintiff's son Mac Rae.

15. Defendants Wagoner, Teton Leasing, LLC, McCall Aviation, Inc., McCall Aviation Ventures, LLC individually and/or together own and are responsible for safe operation and maintenance of the Cessna TU206F, tail number N922MA involved in the fatal crash at issue in this case. Defendant Grey is an actual employee and/or agent of the other named Defendants.

## COUNT ONE
## NEGLIGENCE OF BRYAN GREY

16, Plaintiff hereby reincorporates and realleges each of the above paragraphs as if fully set forth herein.

17. That at all times relevant herein, Defendant Grey was a licensed pilot, and was the employee, representative, and/or agent of Defendants Wagoner, Teton Leasing, LLC, McCall Aviation, Inc, McCall Aviation Ventures, LLC.

18. That at all times relevant herein, Defendant Grey, in the course and scope of his employment with Defendants, provided piloting services for the subject airplane.

19. That at all times relevant herein, Defendant Grey, as the pilot-in-command of the subject airplane at the time of the crash, owed a duty to his passengers to operate and control the subject airplane, on the ground and in the air, with a reasonable degree of skill and care, and to exercise a reasonable degree of skill and care to prevent injury of any kind.

20. The crash that occurred on August 28, 2021, and which resulted in the death of two passengers was a direct and proximate result of the negligence of Defendant Grey.

21. That at all times relevant herein, Defendant Grey breached the applicable duty of care by, among other things:

   a. Failing to know and understand the capabilities and limitations of the aircraft he was piloting;
   b. Engaging in a flight path into unknown or limited mountainous terrain without taking proper precautions including maintaining sufficient speed, altitude and distance to avoid impact with terrain;
   c. Failing to properly navigate and operate the subject airplane in a safe and competent manner generally;
   d. Piloting the aircraft into a canyon that exceeded the climb performance of the airplane which resulted in impact with the trees and terrain during an attempted course reversal;
   e. Failing to abide by all applicable Idaho and/or federal statutes.

22. Defendant Grey failed to exercise the required degree of care in securing the safety of the subject airplane and operated the subject airplane in a hazardous manner which negligently violated operative safety procedures and/or the applicable standard of care, with the knowledge that such violations could and/or would likely cause injury and/or death and with disregard for the consequences of his negligence.

23. Notwithstanding this knowledge, Defendant Grey, acting as pilot-in-command and within the course and scope of his employment and/or agency with Defendants failed to protect against known risks and failed to take precautionary measures.

24. Defendant Grey's negligence was a direct and proximate cause of the death of Plaintiff's son. Plaintiff has thereby suffered damages for the loss of her son including companionship, society, comfort in an amount to be determined by a jury at trial.

## COUNT TWO
### NEGLIGENCE OF DEFENDANTS WAGONER, TETON LEASING, INC., MCCALL AVIATION, INC., AND MCCALL AVIATION VENTURES, LLC.

25. Plaintiff hereby reincorporates and realleges each of the above paragraphs as if fully set forth herein.

26. That at all times relevant herein, Defendants Wagoner, Teton Leasing, LLC, McCall Aviation, Inc., and McCall Aviation Ventures, LLC., acting individually and/or in concert were the principal owners and operators of the airplane and charter business hired to provide the scenic flight for decedent Mac Rae. Defendants each of them had a duty to ensure proper maintenance and safe operation of the aircraft at all times.

27. That at all times relevant herein, Defendants owed a duty to operate and control the subject airplane, on the ground and in the air, with a reasonable degree of care, and to exercise a reasonable degree of care to prevent injury of any kind.

28. Furthermore, as the owners and operators of the subject airplane, Defendants are at all times responsible for ensuring that the subject airplane was operated only by capable and properly trained and certified pilots. Defendants knew or should have known, that if the subject airplane was not operated by capable and properly trained pilots, there would be an unreasonable risk of harm to persons operating, flying, and/or being flown aboard the subject airplane.

**COMPLAINT AND DEMAND FOR JURY TRIAL - 6**

29. At all times material, Defendants breached the applicable duty of care including, but not limited to, failing to ensure that the operators of the subject airplane including Grey were properly trained, certified, and/or otherwise capable of safely flying the subject airplane under the circumstances presented. In addition, Defendants failed to abide by all applicable Idaho and/or federal statutes regarding the safe operation and maintenance of the charter flight service and aircraft.

30. Defendant Grey's negligence was a direct and proximate cause of the death of Plaintiff's son. Plaintiff has thereby suffered damages, both special and general, for the loss of her son including companionship, society, comfort in an amount to be determined by a jury at trial.

## COUNT THREE
## RESPONDEAT SUPERIOR/VICARIOUS LIABILITY

31. Plaintiff hereby reincorporates and realleges each of the above paragraphs as if fully set forth herein.

32. At all times material hereto Defendants Wagoner, Teton Leasing, LLC., McCall Aviation, Inc., and McCall Aviation Ventures, LLC., acting individually and/or in concert with one another were the employers of Defendant Grey.  As such Grey was an actual or apparent agent of Defendants.  The negligence of Defendant Grey occurred while acting within the scope and course of his employment as pilot-in-command of the Defendants aircraft. All negligence of Defendant Grey is thereby imputed to Defendants.

33. The crash of the subject airplane on August 28, 2021, was proximately and/or legally caused by the acts of Grey as pilot-in-command of the aircraft.

34. As a result of the negligence of Defendants' agent and employee, Plaintiff has suffered damages for the loss of her son including companionship, society, and comfort in an amount to be determined by a jury at trial.

### REQUEST FOR ATTORNEYS' FEES

35. Plaintiff hereby reincorporates and realleges each of the above paragraphs as if fully set forth herein.

36. It has been necessary for Plaintiff to hire the law firm of Pedersen Whitehead & Hanby to prosecute this action.

### DEMAND FOR JURY TRIAL

The Plaintiff hereby demands trial by jury of at least 6 members on all issues in the above-entitled matter.

DATED this 18th day of August 2023.

PEDERSEN WHITEHEAD & HANBY


By __/s/ Jarom A. Whitehead_____
Jarom A. Whitehead, ISB #6656
Attorneys for Plaintiff

COMPLAINT AND DEMAND FOR JURY TRIAL - 8